George D. Hall, Grace E. Hall, L. S. Young, Marjorie Kunkle, Jo Ann Hanson and Florence Thompson, d/b/a Lincoln Finance Company, a Copartnership, Appellees, v. Hamilton Fire Insurance Company, Appellant.

Gen. No. 10,859.

Second District.

January 5, 1956.

Released for publication January 23, 1956.

Boyles & Fisher, and Henry H. Caldwell, for appellant; Large, Reno & Zahm, for appellees; Ralph S. Zahm, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.